**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7168**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SERGIO ANTONIO BLANCO,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-90-144)

───────────

Submitted: November 19, 1998          Decided: December 3, 1998

───────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sergio Antonio Blanco, Appellant Pro Se. Laura Ann Colombell, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sergio Antonio Blanco appeals the district court's order deny-ing his request for a downward departure. We have reviewed the rec-ord and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Blanco, No. CR-90-144 (E.D. Va. June 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED